LOUGHREY & WOELFEL, LLP
TAMARA LOUGHREY, Bar No. 227001
ROBERT WOELFEL, Bar No. 250343
31 Panoramic Way, Suite 200
Walnut Creek, CA 94595
Telephone: (925) 935- 4600
Fax: (925) 935- 4602
Email: tamara@spedattorneys.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A.A.H. and J.R.H. on behalf of J.H. and L.H.<br><br>Plaintiffs,<br><br>v.<br><br>MODESTO CITY SCHOOLS<br><br>Defendant. | **1:08cv01465 LJO DLB**<br><br>**STIPULATION TO MOVE JOINT SCHEDULING CONFERENCE AND ORDER**<br><br>**Joint Scheduling Report: January 26, 2009**<br><br>**Joint Scheduling Conference: February 2, 2009, 8:30 a.m.** |

On October 29, 2008, Plaintiffs filed an Application for Attorneys Fees and a complaint in this case. On December 5, 2008, Magistrate Judge Dennis Beck held a hearing on the motion. On January 6, 2009, Judge Beck issued his Findings and Recommendations granting in part and denying in part Plaintiffs' motion. The memorandum stated that the recommendations would be forwarded to Judge Lawrence J. O'Neill for his review[1]. As attorney fees are the only issue raised in this case, the parties believe that Judge O'Neill will be able to make a final determination on the case, making the Joint Scheduling Conference unnecessary. Consequently, the parties request that the court vacate the Scheduling Conference scheduled for February 2, 2009 and the Joint Scheduling Report due on January 26, 2009. The parties further request that

---

1 The parties may file objections to the Magistrate Judge's Recommendations but do not anticipate this will greatly extend the time it will take for this case to be completed.

1

1       the court set a Joint Scheduling Conference on May 4, 2009 at 9:00 am, before

2 Magistrate Judge Beck.

                                       /s/Tamara Loughrey

Dated _____          Tamara Loughrey
                                         Attorney for Plaintiffs J.H., L.H., J.A.A.H and
                                         J.R.H.

                                       /s/Marcy Gutierrez

Dated _____         Marcy Gutierrez
                                         Attorney for Modesto City Schools

    IT IS SO ORDERED

    27 January 2009                /S/ *Dennis L. Beck*
                                    U.S. Magistrate Judge