LOUGHREY & WOELFEL, LLP
TAMARA LOUGHREY, Bar No. 227001
ROBERT WOELFEL, Bar No. 250343
31 Panoramic Way, Suite 200
Walnut Creek, CA 94595
Telephone: (925) 935- 4600
Fax: (925) 935- 4602
Email: tamara@spedattorneys.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A.A.H. and J.R.H. on behalf of J.H. and L.H.<br><br>Plaintiffs,<br><br>v.<br><br>MODESTO CITY SCHOOLS<br><br>Defendant. | **1:08cv01465 LJO DLB**<br><br>**STIPULATION TO ACCEPT MAGISTRATE'S FINDINGS REGARDING PLAINTIFF'S MOTION FOR ATTORNEYS FEES** |

Plaintiffs by and through their attorney, Tamara Loughrey, and Defendants by and through their attorney, Marcy Gutierrez, (Collectively the Parties) hereby stipulate and agree to the following:

Whereas the Parties both desire to end the litigation in the above captioned matter regarding the Plaintiffs request for reasonable attorneys' fees as allowed when the parents are the prevailing party at a due process hearing under the Individuals with Disabilities Education Act, 20 U.S.C. 1415, and to that end both Parties[1] agree to forego filing objections to the January 6, 2009 findings issued by Judge Beck. They also agree to forego the formal review by Judge O'Neil because the Parties have agreed to resolve this case regarding the attorneys' fees by entering into a confidential settlement which they have already reached in principal.  As soon as

---

1 Although both Parties do not agree with all of Judge Beck's findings and Plaintiffs specifically do not agree with the finding that Ms. Loughrey is not an expert in special education law, that her rate should be reduced in this matter or that Mr. Arnold's time for attendance at the hearing was not necessary resulting in a 59 hour reduction, they agree to resolve this matter via this stipulation and confidential agreement to avoid further costs of litigation.

1

their agreement is signed, Plaintiffs will move to withdraw this case with prejudice.


Dated   February 6, 2009
/s/ Tamara Loughrey
Tamara Loughrey
Attorney for Plaintiffs J.H., L.H., J.A.A.H and J.R.H.

Dated   February 6, 2009
/s/ Marcy Gutierrez
Marcy Gutierrez
Attorney for Modesto City Schools

## ORDER

Based upon the Parties stipulation and good cause appearing, the Court orders that Magistrate Judge Beck's findings regarding Plaintiff's Motion for Attorneys' Fees be accepted by the Court without the need for further review.

IT IS SO ORDERED.


Dated      2/10/2009
/s/ LAWRENCE J. O'NEILL
Hon. Judge O'Neil, U.S. District Court
for the Eastern District of California