UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A.A.H., et al., | CASE NO. CV F 08-1465 LJO DLB |
| Plaintiffs, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| MODESTO SCHOOLS, et al., | |
| Defendant. / | |

The parties notified this Court that they near completion of settlement. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than March 9, 2009,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters, including the May 4, 2009 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   February 12, 2009**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE