# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A.A.H and J.R.H. on behalf of J.H. and L.H.,<br><br>Plaintiffs,<br><br>vs.<br><br>MODESTO CITY SCHOOLS,<br><br>Defendant. | CASE NO. CV F 08-1465 LJO DLB<br><br>**ORDER TO DISMISS AND CLOSE** |

Based on the parties' stipulation under Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES this action with prejudice
2. VACATES all dates and deadlines; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated: March 16, 2009**     **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE